IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Muhammad, Dennis D | Case Number: 06 B 09829 |
|---|---|---|
| | Muhammad, Navena M | Judge: Squires, John H |
| | Printed: 12/13/07 | Filed: 8/14/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 3, 2007
Confirmed: April 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 19,200.00 | |
| Secured: | | 16,694.22 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,474.00 |
| Trustee Fee: | | 1,031.78 |
| Other Funds: | | 0.00 |
| Totals: | 19,200.00 | 19,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 1,474.00 | 1,474.00 |
| 2. | Northern Trust | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 6,500.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 16,380.74 | 4,350.56 |
| 5. | DaimlerChrysler Servs North America | Secured | 4,223.63 | 1,952.59 |
| 6. | TP Realty And Management Company | Secured | 4,419.67 | 1,064.16 |
| 7. | Northern Trust | Secured | 7,177.71 | 1,381.28 |
| 8. | Northern Trust | Secured | 7,155.08 | 1,376.94 |
| 9. | Northern Trust | Secured | 34,133.36 | 6,568.69 |
| 10. | Illinois Dept of Revenue | Priority | 2,848.52 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 76.56 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 402.46 | 0.00 |
| 13. | Capital One | Unsecured | 1,604.43 | 0.00 |
| 14. | Federated Retail Holdings Inc | Unsecured | 359.93 | 0.00 |
| 15. | Federated Retail Holdings Inc | Unsecured | 787.20 | 0.00 |
| 16. | Capital One | Unsecured | 565.71 | 0.00 |
| 17. | American Express Travel Relate | Unsecured | 990.52 | 0.00 |
| 18. | GE Money Bank | Unsecured | 147.17 | 0.00 |
| 19. | Ford Motor Credit Corporation | Unsecured | 6,024.63 | 0.00 |
| 20. | Capital One | Unsecured | 4,262.45 | 0.00 |
| 21. | Northern Trust | Unsecured | 34,225.37 | 0.00 |
| 22. | Ford Motor Credit Corporation | Unsecured | 1,449.67 | 0.00 |
| 23. | B-Line LLC | Unsecured | 4,211.79 | 0.00 |
| 24. | Collection Company Of America | Unsecured | | No Claim Filed |
| 25. | GEMB | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Muhammad, Dennis D | Case Number: 06 B 09829 |
|---|---|---|
| | Muhammad, Navena M | Judge: Squires, John H |
| | Printed: 12/13/07 | Filed: 8/14/06 |

| | | | | |
|---|---|---|---|---|
| 26. | KCA Financial Services | Unsecured | | No Claim Filed |
| 27. | Talan & Ktanes | Unsecured | | No Claim Filed |
| 28. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 29. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 30. | Progressive Management Systems | Unsecured | | No Claim Filed |
| 31. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 32. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |

$ 139,420.60          $ 18,168.22

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 40.27 |
| 5.4% | 991.51 |
| | $ 1,031.78 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

